**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Sagamore Tov, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 81-5000679 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 1536 56th Street<br>Brooklyn, NY 11219<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Kings<br>County | **Location of principal assets, if different from principal place of business**<br>311 Sagamore Parkway North Lafayette, IN 47904<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | Sagamore Tov, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5311_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

| Debtor | Sagamore Tov, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| 11. | **Why is the case filed in this district?** | *Check all that apply:* |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated Assets** | ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Sagamore Tov, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____February 5, 2025_____
MM / DD / YYYY

**X** /s/   David Goldwasser _____     David Goldwasser _____
Signature of authorized representative of debtor        Printed name

Title   Chief Restructuring Officer _____

**18. Signature of attorney**

**X** /s/ Kevin Nash _____     Date   February 5, 2025 _____
Signature of attorney for debtor        MM / DD / YYYY

Kevin Nash _____
Printed name

Goldberg Weprin Finkel Goldstein LLP _____
Firm name

125 Park Ave
New York, NY 10017-5690 _____
Number, Street, City, State & ZIP Code

Contact phone _____     Email address   knash@gwfglaw.com _____

NY _____
Bar number and State

## ACTION BY WRITTEN CONSENT
## OF MANAGERS OF
## SAGAMORE TOV, LLC

February 3, 2025

The undersigned constituting the authorized signatory of Sagamore Tov, LLC, a limited liability company organized under the laws of the State of Indiana (the "**Company**"), does hereby consent, approve and adopt the following resolutions, with the same force and effect as if duly adopted at a meeting of the members of the Company:

**WHEREAS**, the undersigned has determined that the commencement by the Company of a bankruptcy proceeding under chapter 11 of title 11 of the United States Code by filing a petition in the United States Bankruptcy Court for the Eastern District of New York for the Company (the "**Bankruptcy Proceedings**") is in the best interest of the Company and its stakeholders.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the undersigned has determined that it is in the best interest of the Company to commence the Bankruptcy Proceedings;

**RESOLVED FURTHER** that David Goldwasser (Chief Restructuring Officer), be, and is, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

**RESOLVED FURTHER** that the law firm of Goldberg Weprin Finkel Goldstein LLP be employed as counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in connection with the Bankruptcy Proceedings, the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Proceedings, and to cause to be filed an appropriate application for authority to retain services of Goldberg Weprin Finkel Goldstein LLP;

**RESOLVED FURTHER**, that is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file, and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as David Goldwasser may deem necessary or advisable in connection with any financing arrangement or the sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof;

**RESOLVED FURTHER**, that all of the acts and transactions taken by David Goldwasser in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

**RESOLVED FURTHER** that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

**SAGAMORE TOV, LLC**

By: __box SIGN__        15JJ9VVW-13QV5QP8
David Goldwasser
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                                                  Chapter 11

SAGAMORE TOV, LLC                                                      Case No.

                                               Debtor.
--------------------------------------------------------------x

### DEBTOR'S DECLARATION
### PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

David Goldwasser declares the following under penalties of perjury pursuant to 28 U.S.C.

§ 1746:

1.       I was consulted approximately two weeks ago to become the restructuring officer

for Sagamore Tov, LLC (the "Debtor") charged with the responsibility of overseeing the Debtor's

Chapter 11 case, due to my extensive experience navigating bankruptcy proceedings and managing

complex restructuring cases.

2.       My engagement was formalized pursuant to an engagement agreement.  The Debtor

does not possess this expertise internally and sought my appointment specifically to assist in

preserving the company's rights and assets in this case in connection disputes with the Note Buyer,

as defined below, over alleged manufactured default.  Without immediate intervention, the Debtor

risks the appointment of a receiver, even though it has never missed an actual mortgage payment.

The Debtor is fearful that the appointment of a receiver will destabilize relations with existing

tenants.

3.       My role as CRO includes leading the Debtor through this process to maximize the

value of the estate, and address creditor concerns while developing a reorganization strategy with

the Note Buyer.  My engagement as CRO complies with the Jay Alix Protocols, which ensure

transparency and accountability in the engagement of restructuring professionals. The terms of my

1

engagement have been fully disclosed in accordance with these protocols and applicable bankruptcy laws. This engagement was deemed necessary to bring experienced leadership to the Debtor's restructuring process and to ensure compliance with the obligations and requirements of the Chapter 11 case.

4.      I have reviewed the Debtor's business and financial affairs, and I submit this Declaration in accordance with Local Bankruptcy Rule 1007-4 in support of their Chapter 11 filing.

## Background

5.      The Debtor is an Indiana limited liability company headquartered in Brooklyn, NY. The Debtor owns a shopping center (the "Property") in Indiana known as the Home Depot Center, located at 311 Sagamore Parkway North, Lafayette, IN 47904 (the "Property"). Built in 1972, the Property sits on 19.45 acres of land and consists of 104,000 SF of gross leasable area. The Property features eight retail units and has Home Depot as an anchor tenant. The Property is currently 82.82% occupied (81,602 SF out of 98,534 SF of net rentable area).

6.      The Debtor acquired the Property in January 2017 for a purchase price of $6,600,000 with a combination of capital and mortgage financing from Rialto Mortgage Finance LLC ("Rialto"), in the principal amount of $5.2 million, pursuant to an acquisition note dated January 31, 2017.

7.      Thereafter, the note was assigned from time to time and is currently held by RSS BBCMS2017-C1 – IN ST, LLC (the "Note Buyer"), which instituted foreclosure proceedings based upon a manufactured non-monetary default over the timing of the establishment of a cash management system.

8.      In fact, the Debtor has not missed a single monthly payment and, yet, the Debtor finds itself subject to an acceleration and ensuing foreclosure proceedings.  The Note Buyer is proceeding under the dubious ground that the Debtor purportedly failed to establish a cash management system quick enough after two tenants, Tuesday Morning and Party City (both national chains) filed for Chapter 11 relief.  Under the loan documents, the filing of a bankruptcy by a tenant allows the mortgagee to insist on a cash management system, although, upon information and belief, the Note Buyer never made an immediate demand for same.

9.      At any rate, the Debtor was prepared to establish a cash management system, but the request came only _after_ Tuesday Morning emerged from its first bankruptcy.   As events unfolded, Tuesday Morning and Party City each filed second bankruptcy cases after emerging from their original filings.

10.     Tuesday Morning ultimately left the Property, but Party City remains a tenant subject to its pending second bankruptcy.  Upon information and belief, a decision of whether to remain on a long term basis has not yet been made by Party City, and the Debtor is obviously hopeful it will retain Party City as a tenant.

11.     The issue of a cash management system did not come to the fore again until the Debtor sought to enter into a new lease with Bealls.  The Debtor subsequently obtained the consent for the Bealls lease in August 2023 (after much prodding and multiple delays).

12.     In conjunction with the lease, the Debtor again indicated it was prepared to establish a cash management system.  In fact, a formal cash management system was put in place in December 2023.  Nevertheless, the Note Buyer declared a default the following month on the premise that a cash management system was not implemented sooner.  In turn, default interest started to be charged at or about January 1, 2024. In the meanwhile, the Debtor continued to make

3

all payment of monthly interest at the contract rate without any defaults. These payments were accepted in the regular course of business.

13.    For purposes of the foreclosure action, the Note Buyer is demanding default interest of close to $1.0 million. Exacerbating matters, the Note Buyer has also moved for the appointment of a receiver, notwithstanding that there is no allegation of nonpayment, misuse of rents or purported misconduct which would otherwise warrant the imposition of a receiver.

14.    To protect the Property and maintain the status quo while the disputes with the Note Buyer are resolved or litigated, the Debtor has elected to file a Chapter 11 petition.

### Local Rule 1007-4 Disclosures

15.    Pursuant to Local Rule 1007-4 (a)(v), no committee of creditors was formed prior to the filing of the Petition.

16.    Pursuant to Local Rule 1007-4(a)(vi), a matrix of each Debtor's creditors is included as part of the Petition.

17.    Pursuant to Local Rule 1007-4(a)(vii), the Property is subject to a mortgage lien held by the Note Buyer as described above.

18.    Pursuant to Local Rule 1007-4(a)(viii), the Debtor's assets and liabilities are set forth in bankruptcy schedules and statements filed herewith.

19.    Pursuant to Local Rule 1007-4(a)(ix), the membership interests of Debtor are set forth in the accompany statement.

20.    Pursuant to Local Rule 1007-4(a)(x), no receiver or other custodian has been appointed to operate the Property, although there is a pending motion for such an appointment.

21.    Pursuant to Local Rule 1007-4(a)(xi), the Property is located in Lafayette, Indiana.

22.     Pursuant to Local Rule 1007-4(a)(xii), the Debtor's books and records are located in Brooklyn, New York.  Although the Debtor is an Indiana limited liability company, Brooklyn is the location of the Debtor's principal office pursuant to the Operating Agreement, and is reflected in all of the loan documents.

23.     Pursuant to Local Rule 1007-4(a)(xiii), a list of lawsuits is being filed contemporaneously herewith.

24.     Pursuant to Local Rule 1007-4(a)(xiv), the Debtors have no current employees.  I am overseeing the Chapter 11 case on behalf of the Debtor as chief restructuring officer with compensation to be paid under a written agreement, subject to approval by the Bankruptcy Court in connection with a formal retention application.

Dated:    New York, New York
          February 5, 2025

David Goldwasser

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                            Chapter 11

Sagamore Tov LLC,                                       Case No.

        Debtor.

-----------------------------------------------------------x

### **LIST OF EQUITY HOLDERS**

| | |
|---|---|
| Kem Tov LLC | 48.1% |
| Judy Kaiser 2020 Irrevocable Trust | 19.9% |
| Charles Wachsler | 15.0% |
| Israel Spitzer | 11.0% |
| Asher Feldman | 6.0% |

Dated: New York, New York
   February 5, 2025

       Sagamore Tov LLC

       By: _____
         Name: David Goldwasser
         Title:  Chief Restructuring Officer

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                                      Chapter 11

Sagamore Tov LLC,                                                Case No.

                                         Debtor.

---------------------------------------------------------------x

## **LIST OF LAWSUITS**

1.      RSS BBCMS2017-C1 – IN ST, LLC v. Sagamore Tov LLC et al.
        Index No. 79D01-2412-MF-000139
        Superior Court, Tippecanoe County, Indiana
        Foreclosure

        Attorneys for the Plaintiff:
        R. Brock Jordan, Esq.
        Stoll Keenon Ogden, PLLC
        334 N. Senate Avenue
        Indianapolis, IN 46204-1708

        Michael B. Kind, Esq.
        Locke Lord LLP
        111 South Wacker Drive
        Chicago, IL 60606

Dated: New York, New York
        February 5, 2025

                                         Sagamore Tov LLC

                                         By: _____
                                              Name:  David Goldwasser
                                              Title:   Chief Restructuring Officer

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                                Chapter 11

Sagamore Tov LLC,                                          Case No.

                                             Debtor.
-----------------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

        Pursuant to Federal Rule of Civil Procedure 7.1, Sagamore Tov LLC certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       February 5, 2025

                     Sagamore Tov LLC

By: _____
                   Name: David Goldwasser
                   Title:   Chief Restructuring Officer

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Sagamore Tov, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Lafayette PO Box 1688 Lafayette, IN 47902 | | Utilities | | | | $7,300.97 |
| Fairmont Insurance Brokers 1600 60th Street Brooklyn, NY 11204 | | Insurance | | | | $31,229.00 |
| Frontier PO Box 740407 Cincinnati, OH 45274 | | Utility | | | | $116.84 |
| Indiana Department of Revenue P.O. Box 7087 Indianapolis, IN 46207 | | For notice purposes | Unliquidated Disputed | | | Unknown |
| Internal Revenue Service Centralized insolvency Operations PO Box 7346 Philadelphia, PA 19101 | | For notice purposes | Unliquidated | | | Unknown |
| Kitov Management LLC 19 Ostreh Boulevard, Suite 214 Spring Valley, NY 10977 | | Property Management | | | | $4,767.00 |
| La Michoacana Ice Cream 4329 Fiddlesticks Dr Lafayette, IN 47909 | | Vendor | | | | $35,000.00 |
| Meyer M. Nebenzahl, CPA 1053 East 2nd?Street Brooklyn, NY 11230 | | Accountant | | | | $4,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Sagamore Tov, LLC                                    Case number *(if known)*  _____
          _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NYC Dep't of Finance Legal Affairs, Collection Unit 375 Pearl St Apt 30 New York, NY 10038-1442 | | For notice purposes | Unliquidated Disputed | | | Unknown |
| NYS Dept of Taxation and Finance Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205 | | For notice purposes | Unliquidated Disputed | | | Unknown |
| Sparks Hauling LLC 538 E. 700 S. Cutler, IN 46920 | | Vendor | | | | $16,000.00 |
| Tiipecanoe County Treasurer 20 N 3rd Street 2nd Floor Lafayette, IN 47901 | | For notice purposes | Unliquidated | | | Unknown |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    Sagamore Tov, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 5, 2025     X /s/   David Goldwasser
                                   Signature of individual signing on behalf of debtor

                                     David Goldwasser
                                     Printed name

                                     Chief Restructuring Officer
                                     Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name __Sagamore Tov, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.   Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase | Checking | 6576 | $22,841.00 |
| 3.2. | Chase | Checking | 3597 | $144,237.80 |

4.   Other cash equivalents *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $167,078.80 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.   **Accounts receivable**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Sagamore Tov, LLC                              Case number *(If known)* _____
            Name

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 2,552.57 <br> face amount | – | 0.00 = .... <br> doubtful or uncollectible accounts | $2,552.57 |

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 7,799.87 <br> face amount | – | 0.00 = .... <br> doubtful or uncollectible accounts | $7,799.87 |

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 45,907.52 <br> face amount | – | 0.00 = .... <br> doubtful or uncollectible accounts | $45,907.52 |

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 3,263.00 <br> face amount | – | 0.00 = .... <br> doubtful or uncollectible accounts | $3,263.00 |

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 2,650.00 <br> face amount | – | 0.00 = .... <br> doubtful or uncollectible accounts | $2,650.00 |

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 3,447.12 <br> face amount | – | 0.00 = .... <br> doubtful or uncollectible accounts | $3,447.12 |

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.    Copy the total to line 82.                     $65,620.08

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☒ No.    Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.    Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.    Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.    Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor   Sagamore Tov, LLC _____     Case number *(If known)* _____
        Name

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  311 Sagamore Parkway North Lafayette, IN 47904 | Fee Simple | Unknown | | Up to $6 million depending on disposition of the Party City Lease |

**56.**    **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

| $6,000,000.00 |
|---|

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    Sagamore Tov, LLC                   Case number *(If known)* _____
          Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $167,078.80 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $65,620.08 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $6,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $232,698.88 | + 91b. $6,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,232,698.88 |

**Fill in this information to identify the case:**

Debtor name ___Sagamore Tov, LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1  Rialto Capital Advisors LLC**

Creditor's Name

200 S. Biscayne Boulevard
Suite 3550
Miami, FL 33131

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**
_____

**Last 4 digits of account number**
__1__ __6__ __6__ __5__

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

311 Sagamore Parkway NorthLafayette, IN 47904
_____

**Describe the lien**

First Mortgage
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

Column A: $5,200,000.00    Column B: $6,000,000.00

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $5,200,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Michael B. Kind<br>Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 | Line __2.1__ | |
| R. Brock Jordan<br>Stoll Keenon Ogden, PLLC<br>334 N. Senate Avenue<br>Indianapolis, IN 46204 | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name    Sagamore Tov, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

Indiana Department of Revenue
P.O. Box 7087
Indianapolis, IN 46207

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.2**   Priority creditor's name and mailing address

Internal Revenue Service
Centralized insolvency Operations
PO Box 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.3**   Priority creditor's name and mailing address

NYC Dep't of Finance
Legal Affairs, Collection Unit
375 Pearl St Apt 30
New York, NY 10038-1442

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

Debtor   Sagamore Tov, LLC                                          Case number (if known) _____
         _____
         Name

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.4**   Priority creditor's name and mailing address
NYS Dept of Taxation and Finance
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
For notice purposes
_____

Last 4 digits of account number ____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.5**   Priority creditor's name and mailing address
Tiipecanoe County Treasurer
20 N 3rd Street
2nd Floor
Lafayette, IN 47901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred
_____

Basis for the claim:
For notice purposes
_____

Last 4 digits of account number ____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**   Nonpriority creditor's name and mailing address
City of Lafayette
PO Box 1688
Lafayette, IN 47902

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,300.97

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  Utilities
Is the claim subject to offset? ☒ No ☐ Yes

**3.2**   Nonpriority creditor's name and mailing address
Fairmont Insurance Brokers
1600 60th Street
Brooklyn, NY 11204

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$31,229.00

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  Insurance
Is the claim subject to offset? ☒ No ☐ Yes

**3.3**   Nonpriority creditor's name and mailing address
Frontier
PO Box 740407
Cincinnati, OH 45274

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$116.84

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  Utility
Is the claim subject to offset? ☒ No ☐ Yes

**3.4**   Nonpriority creditor's name and mailing address
Kitov Management LLC
19 Ostreh Boulevard, Suite 214
Spring Valley, NY 10977

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,767.00

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  Property Management
Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  Sagamore Tov, LLC _____     Case number (if known) _____
        Name

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $35,000.00 |
|---|---|---|---|

3.5 **Nonpriority creditor's name and mailing address**
La Michoacana Ice Cream
4329 Fiddlesticks Dr
Lafayette, IN 47909

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$35,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Vendor
Is the claim subject to offset? ☒ No  ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
Meyer M. Nebenzahl, CPA
1053 East 2nd?Street
Brooklyn, NY 11230

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Accountant
Is the claim subject to offset? ☒ No  ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
Sparks Hauling LLC
538 E. 700 S.
Cutler, IN 46920

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Vendor
Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Indiana Attorney General<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204 | Line  2.1<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | NYC Department of Law<br>Attn: Bernadette Brennan, Esq.<br>100 Church St Rm 5-233<br>New York, NY 10007-2601 | Line  2.3<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | NYS Attorney General<br>28 Liberty St<br>New York, NY 10005-1400 | Line  2.4<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | Tippecanoe County Attorney<br>111 North 4th Street<br>3rd Floor<br>Lafayette, IN 47901 | Line  2.5<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $   0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $   98,413.81 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $   98,413.81 |

---

| Fill in this information to identify the case: |

Debtor name   Sagamore Tov, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 4 years, 6 months | |
| | List the contract number of any government contract | _____ | Bank One/Chase<br>311 Sagamore Parkway North<br>Lafayette, IN 47902 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 9 years | |
| | List the contract number of any government contract | _____ | Burkes/Bealls<br>311 Sagamore Parkway North<br>Lafayette, IN 47902 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 11 months | |
| | List the contract number of any government contract | _____ | GL Graphix<br>311 Sagamore Parkway North<br>Lafayette, IN 47902 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 11 months | |
| | List the contract number of any government contract | _____ | Home Depot<br>311 Sagamore Parkway North<br>Lafayette, IN 47902 |

Debtor 1  __Sagamore Tov, LLC_____     Case number (*if known*) _____

    First Name        Middle Name        Last Name

## ▮ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | 2 years, 6 months |
| | List the contract number of any government contract | _____ |

La Michoacana Ice Cream
311 Sagamore Parkway North
Lafayette, IN 47902

---

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | 4 years, 5 months |
| | List the contract number of any government contract | _____ |

LA Nail Salon
311 Sagamore Parkway North
Lafayette, IN 47904

---

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | 20 months |
| | List the contract number of any government contract | _____ |

O'Reilly Auto Parts
311 Sagamore Parkway North
Lafayette, IN 47902

---

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | 3 years |
| | List the contract number of any government contract | _____ |

Party City (in bankruptcy)
311 Sagamore Parkway North
Lafayette, IN 47902

---

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | 13 months |
| | List the contract number of any government contract | _____ |

Pet Supplies Plus
311 Sagamore Parkway North
Lafayette, IN 47904

---

Debtor 1  Sagamore Tov, LLC _____    Case number (*if known*) _____
          First Name        Middle Name        Last Name

▌ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest     Snow Removal

State the term remaining     2 months

List the contract number of any government contract    _____

Sparks Hauling LLC
500 E. 700 S.
Cutler, IN 46920

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining     10 months

List the contract number of any government contract    _____

Spring Mobile
311 Sagamore Parkway North
Lafayette, IN 47902

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining     3 years, 10 months

List the contract number of any government contract    _____

Westend Dental
311 Sagamore Parkway North
Lafayette, IN 47902

---

**Fill in this information to identify the case:**

Debtor name    Sagamore Tov, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

---

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1   Guarantors under the Loan Documents | | Rialto Capital Advisors LLC | ☒ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    Sagamore Tov, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................    $ _____6,000,000.00_

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................    $ _____232,698.88_

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................................    $ _____6,232,698.88_

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____5,200,000.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ _____0.00_

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................    +$ _____98,413.81_

4. **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b    $ _____5,298,413.81_

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  Sagamore Tov, LLC                    **CASE NO.:.** _____

      Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒   NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐   THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1.  CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                               (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2.  CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                               (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3.  CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.   Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):   __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

/s/ Kevin Nash
_____          _____
Kevin Nash
Signature of Debtor's Attorney                                        Signature of Pro Se Debtor/Petitioner
Goldberg Weprin Finkel Goldstein LLP
125 Park Ave
New York, NY 10017-5690                                            _____
  Fax:
                                                                                   Signature of Pro Se Joint Debtor/Petitioner

                                                                                   _____

                                                                                   Mailing Address of Debtor/Petitioner

                                                                                   _____

                                                                                   City, State, Zip Code

                                                                                   _____

                                                                                   Area Code and Telephone Number
Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.   Dismissal of your petition may otherwise
result.

## United States Bankruptcy Court
### Eastern District of New York, Brooklyn Division

In re    Sagamore Tov, LLC _____    Case No. _____

                                    Debtor(s)    Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    February 5, 2025 _____    /s/ David Goldwasser _____
                                            David Goldwasser/Chief Restructuring Officer
                                            Signer/Title

Date:    February 5, 2025 _____    /s/ Kevin Nash _____
                                            Signature of Attorney
                                            Kevin Nash
                                            Goldberg Weprin Finkel Goldstein LLP
                                            125 Park Ave
                                            New York, NY 10017-5690
                                            Fax:

Software Copyright (c) 1996-2025 Best Case, LLC  - www.bestcase.com                    Best Case Bankruptcy

Bank One/Chase
311 Sagamore Parkway North
Lafayette, IN 47902


Burkes/Bealls
311 Sagamore Parkway North
Lafayette, IN 47902


City of Lafayette
PO Box 1688
Lafayette, IN 47902


Fairmont Insurance Brokers
1600 60th Street
Brooklyn, NY 11204


Frontier
PO Box 740407
Cincinnati, OH 45274


GL Graphix
311 Sagamore Parkway North
Lafayette, IN 47902


Home Depot
311 Sagamore Parkway North
Lafayette, IN 47902


Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204


Indiana Department of Revenue
P.O. Box 7087
Indianapolis, IN 46207


Internal Revenue Service
Centralized insolvency Operations
PO Box 7346
Philadelphia, PA 19101


Kitov Management LLC
19 Ostreh Boulevard, Suite 214
Spring Valley, NY 10977


La Michoacana Ice Cream
4329 Fiddlesticks Dr
Lafayette, IN 47909


La Michoacana Ice Cream
311 Sagamore Parkway North
Lafayette, IN 47902

LA Nail Salon
311 Sagamore Parkway North
Lafayette, IN 47904


Meyer M. Nebenzahl, CPA
1053 East 2nd Street
Brooklyn, NY 11230


Michael B. Kind
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606


NYC Department of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601


NYC Dep't of Finance
Legal Affairs, Collection Unit
375 Pearl St Apt 30
New York, NY 10038-1442


NYS Attorney General
28 Liberty St
New York, NY 10005-1400


NYS Dept of Taxation and Finance
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205


O'Reilly Auto Parts
311 Sagamore Parkway North
Lafayette, IN 47902


Party City (in bankruptcy)
311 Sagamore Parkway North
Lafayette, IN 47902


Pet Supplies Plus
311 Sagamore Parkway North
Lafayette, IN 47904


R. Brock Jordan
Stoll Keenon Ogden, PLLC
334 N. Senate Avenue
Indianapolis, IN 46204


Rialto Capital Advisors LLC
200 S. Biscayne Boulevard
Suite 3550
Miami, FL 33131


Sparks Hauling LLC
538 E. 700 S.
Cutler, IN 46920

Sparks Hauling LLC
500 E. 700 S.
Cutler, IN 46920


Spring Mobile
311 Sagamore Parkway North
Lafayette, IN 47902


Tiipecanoe County Treasurer
20 N 3rd Street
2nd Floor
Lafayette, IN 47901


Tippecanoe County Attorney
111 North 4th Street
3rd Floor
Lafayette, IN 47901


Westend Dental
311 Sagamore Parkway North
Lafayette, IN 47902